# Order

Michigan Supreme Court
Lansing, Michigan

November 16, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135070 (7)

SCOTT WITZKE, #164756,

　　　　Petitioner-Appellant,

v

ATTORNEY GRIEVANCE COMMISSION,

　　　　Respondent-Appellee.
_____

SC: 135070
AGC: 2205/07

On order of the Chief Justice, the motion the motion for partial reconsideration of the order of October 17, 2007 is considered and it is DENIED because it does not appear the order was entered erroneously.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2007

Clerk